Anne D. Sugarman, an Infant, by Chester Mayer, Her Guardian ad Litem, Appellant, v. Robert R. Sugarman, Respondent.— Judgment reversed, with costs, and judgment ordered for plaintiff, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Smith, J., dissenting.

Hanover Trust Company, Respondent, v. Albert L. Siff and Another, Composing the Firm of Siff Brothers Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Application of Cameron Blaikie and Another for an Order Confirming the Award of Arbitrators in the Controversy between Schuyler A. Orvis, Appellant, and Cameron Blaikie and Another, Respondents.— Judgment and orders affirmed, with costs, on the opinion of Marsh, J., at Special Term. [Reported in 119 Misc. Rep. 791.] Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

George H. Peterson, Appellant, v. David Bloomberg, Doing Business under the Firm Name and Style of D. Bloomberg & Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

Albert P. Calvet and Another, Respondents, v. New York and Cuba Mail Steamship Company, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

Aaron Aaront, Appellant, v. John Graubard, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

Michael Joseph Hegarty, Respondent, v. Otto Wagner, as Treasurer of the International Federation of Workers in the Hotel, Restaurant, Club and Catering Industry, Defendant, Impleaded with Leon Loster and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Finch, JJ.

Michael O'Connell, Respondent, v. West Twelfth Street Corporation and Another, Appellants, Impleaded with Claudia B. Stone and Another, Defendants, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

Edith A. Van Beck, Appellant, v. Warland E. Conklin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

Gerhard & Hey, Inc., Respondent, v. Edward Keating, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer omitting first defense, within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

L. Howell Davis and Another, as Executors, etc., of Lemuel H. Davis, Deceased, Appellants, v. Malcolm N. McLellan, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.